DAN RAYFIELD
Attorney General
DREW K. BAUMCHEN, #045032
PALMER BUCHHOLZ, #261074
Senior Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: drew.baumchen@doj.oregon.gov
palmer.buchholz@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| A.H.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL TESSEAN, JANA MCLELLAN, JOSEPH O'LEARY, DAN BERGER, ARDELL BAILEY, ANTONIO VARGAS, MARCUS BIGELOW, LIZZETTE MURO, THERON SEGAR, DIVINE JACOBO, IVAN LAIB, TROY BRITTING, J. DOES (1-5),<br><br>Defendants. | Case No. 6:25-cv-00972-AP<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Palmer Buchholz, Senior Assistant Attorney General, hereby enters her appearance on behalf of the defendants in this case. Drew K. Baumchen, Senior Assistant Attorney General will remain as lead counsel for the defendants.

*(Remainder of page left intentionally blank)*

DATED October 22, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Drew K. Baumchen*
DREW K. BAUMCHEN, #045032
PALMER BUCHHOLZ, #261074
Senior Assistant Attorneys General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
drew.baumchen@doj.oregon.gov
palmer.buchholz@doj.oregon.gov
Of Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2026, I served the foregoing NOTICE OF APPEARANCE upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Thaddeus A. Betz | ___ HAND DELIVERY |
| Oregon Justice Resource Center | ___ MAIL DELIVERY |
| P.O. Box 5248 | ___ OVERNIGHT MAIL |
| Portland, OR 97208 | _x_ E-FILE |
| Of Attorney for Plaintiff | ___ EMAIL: |
| | tbetz@ojrc.info |

*s/ Drew K. Baumchen*
DREW K. BAUMCHEN, #045032
PALMER BUCHHOLZ, #261074
Senior Assistant Attorneys General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
drew.baumchen@doj.oregon.gov
palmer.buchholz@doj.oregon.gov
Of Attorneys for Defendants



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000